**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEVE CAMPBELL,**<br>**Plaintiff,**<br><br>**v.**<br><br>**LVNV FUNDING, LLC AND RESURGENT CAPITAL SERVICES,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 21-5388** |

**O R D E R**

**AND NOW**, this 7th day of October, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 49 & 51) and Plaintiff's Opposition thereto (ECF Nos. 50 & 52), **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter.

**BY THE COURT:**

*/s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**